IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
Case No. 4:20-cv-222-BO

| | |
|---|---|
| FAULCONER CONSTRUCTION COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| M.A. MORTENSON COMPANY; FEDERAL INSURANCE COMPANY; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) ) ) |
| Defendants. | ) ) |

___

**JOINT STIPULATION OF DISMISSAL**
___

The parties, by and through their respective undersigned attorneys, hereby stipulate that all claims in the above-caption matter are dismissed pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. It is also stipulated that each party shall bear its own costs and attorneys' fees.

This the 21st day of April 2021.

| | |
|---|---|
| */s/ Sandra M. Schilder* | */s/ Clay S. Hester* |
| Sandra Mitterling Schilder | Clay S. Hester |
| N.C. State Bar No. 22217 | N.C. State Bar I.D. No.: 49672 |
| Email: sschilder@rl-law.com | Email: chester@spottsfain.com |
| Ragsdale Liggett PLLC | Spotts Fain PC |
| 2840 Plaza Place, Suite 400 | 411 East Franklin Street, Suite 600 |
| Raleigh, NC 27612 | P.O. Box 1555 |
| Telephone: 919.881.2217 | Richmond, VA 23218 |
| Facsimile: 919.783.8991 | Telephone: 804.697.2027 |
| *Counsel for Plaintiff* | Facsimile: 804.697.2127 |
| | *Counsel for Defendants* |